In the Matter of BORO RENDEZVOUS, INC., et al., Appellants, against JOHN F. O'CONNELL et al., Constituting the State Liquor Authority, Respondents.

Submitted March 8, 1954; decided April 15, 1954.

*Daniel J. Riesner* for motion.

No one opposed.

Motion denied.